1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Raymond Ballister Jr., Esq., SBN 111282
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff
7
8  HAYLEY S. GRUNVALD (SBN: 227909)
   hgrunvald@sheppardmullin.com
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership Including Professional Corporations
10 12275 El Camino Real, Suite 200
   San Diego, CA 92130-2006
11 Telephone: (858) 720-8900
   Facsimile: (858) 509-3691
12 Attorney for Defendants
   Adam L. Schary, Jason A. Schary,
13 Schary Investments LLC and Nathan Kimmel Company LLC

14                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
15

16  CHRIS LANGER,                      ) Case No.: 2:18-CV-04943-DDP-RAO
                                       )
17         Plaintiff,                  ) **JOINT NOTICE OF SETTLEMENT**
                                       )
18  v.                                 )
                                       )
19  ADAM L. SCHARY; JASON A.           )
    SCHARY; SCHARY INVESTMENTS         )
20  LLC, a California Limited Liability)
    Company; NATHAN KIMMEL             )
21  COMPANY LLC, a California Limited  )
    Liability Company; and Does 1-10,  )
22                                     )
           Defendants.                 )
23                                     )
                                       )
24  _____)

25

26

27

28

1    The Parties hereby jointly notify the court that a global settlement has been
2 reached in the above-captioned case and the parties would like to avoid any additional
3 expense, and further the interests of judicial economy.

4    All Parties, therefore, apply to this Honorable Court to vacate all currently set
5 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6 all parties will be filed within 60 days. The Parties further request that the Court
7 schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8 Parties, by and through their attorneys of record shall show cause why this case has not
9 been dismissed.

11  Dated: October 2, 2018           CENTER FOR DISABILITY ACCESS

13                                   By: _/s/ Phyl Grace_____ __
                                          Phyl Grace
14                                        Attorneys for Plaintiff

15  Dated: October 2, 2018           SHEPPARD, MULLIN, RICHTER &
                                     HAMPTON LLP
16

17                                   By: _/s/ Hayley S. Grunvald_____
18                                        Hayley S. Grunvald
                                          Attorney for Defendants
19                                        Adam L. Schary, Jason A. Schary, Schary
                                          Investments LLC And Nathan Kimmel
20                                        Company LLC

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Hayley S. Grunvald, counsel for Adam L. Schary, Jason A. Schary, Schary Investments LLC And Nathan Kimmel Company LLC, and that I have obtained Ms. Grunvald's authorization to affix her electronic signature to this document.

Dated: October 2, 2018          CENTER FOR DISABILITY ACCESS

                                By:  /s/ Phyl Grace
                                     Phyl Grace
                                     Attorneys for Plaintiff