E-FILED 10/24/18

CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JS-6

HAYLEY S. GRUNVALD (SBN: 227909)
hgrunvald@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
Telephone: (858) 720-8900
Facsimile: (858) 509-3691
Attorney for Defendants
Adam L. Schary, Jason A. Schary,
Schary Investments LLC and Nathan Kimmel Company LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case: 2:18-CV-04943-~~DDP-RAO~~ PSG (RAOx) |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**; ORDER |
| v. | |
| ADAM L. SCHARY; JASON A. SCHARY; SCHARY INVESTMENTS LLC, a California Limited Liability Company; NATHAN KIMMEL COMPANY LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

1

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 22, 2018          CENTER FOR DISABILITY ACCESS

                                 By:  /s/ Phyl Grace
                                      Phyl Grace
                                      Attorneys for Plaintiff


Dated: October 22, 2018          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                 By:  /s/ Hayley S. Grunvald
                                      Hayley S. Grunvald
                                      Attorney for Defendants
                                      Adam L. Schary, Jason A. Schary, Schary Investments LLC And Nathan Kimmel Company LLC

**IT IS SO ORDERED.**

DATED: 10/24/18

_____
**U.S. DISTRICT JUDGE**

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Hayley S. Grunvald, counsel for Adam L. Schary, Jason A. Schary, Schary Investments LLC and Nathan Kimmel Company LLC, and that I have obtained Ms. Grunvald's authorization to affix her electronic signature to this document.

Dated: October 22, 2018        CENTER FOR DISABILITY ACCESS

                                    By:   /s/ Phyl Grace
                                         Phyl Grace
                                         Attorneys for Plaintiff